**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Supreme Court No. DA 19-0648

FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0648

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

ANDREW PIERCE LAKE,

     Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 14, 2021 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2020